UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __4/9/13__

------------------------------------------- x

TYLER WALZ, et al.,                              :

            Plaintiffs,              :          12 Civ. 5800 (CM) (AJP)

         -against-                  :          **ORDER SCHEDULING
                                                          DISCOVERY CONFERENCE**

44& X incorporated as 10th Avenue Group Inc., et al.,   :

           Defendants.             :

------------------------------------------- x


**ANDREW J. PECK, United States Magistrate Judge:**


     IT IS HEREBY ORDERED that a conference is scheduled for April 11, 2013 at

9:00 a.m. before the undersigned in Courtroom 20D (500 Pearl Street).

     SO ORDERED.

Dated:     New York, New York
           April 9, 2013

                            Andrew J. Peck
                            United States Magistrate Judge

Copies **by ECF** to:   All Counsel
                    Judge Colleen McMahon