<600 dedicated to>


RECEIVED
MAY 09 2013
CHAMBERS OF
ANDREW J. PECK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/9/2013

# THE HARMAN FIRM, PC
ATTORNEYS & COUNSELORS AT LAW

200 WEST 57th STREET, SUITE 900, NEW YORK, NEW YORK 10019
TELEPHONE 212 425 2600 FAX 212 202 3926
WWW.THEHARMANFIRM.COM

**MEMO ENDORSED**

May 8, 2013

**VIA FACSIMILE (212-805-7933)**
Hon. Andrew J. Peck
United States Magistrate Judge
United States District Court for the
  Southern District of New York
500 Pearl Street
New York, NY 10007

*A conference is scheduled for Wednesday, May 15, 2013 at 9:30 AM in Courtroom 20D.*
5/9/2013

SO ORDERED
Hon. Andrew Jay Peck
United States Magistrate Judge

Re:   *Walz, et al. v. 44 & X, et al.*,
      **12 CV 5800 (CM)(AJP) (S.D.N.Y.)**

Dear Judge Peck:

We represent the Plaintiffs in the above-referenced matter.

As we advised the Court earlier this afternoon, the Parties have reached a settlement in principle.

At this time, Plaintiffs respectfully request an in-person conference with the Court to review the terms of the settlement in principle. The Plaintiffs request this conference in order to ensure that the written documents that the Parties will be preparing will be acceptable to the Court.

We thank the Court for its time and attention to this matter.

            Respectfully submitted,
            THE HARMAN FIRM, PC

            /s/
            Peter J. Andrews

cc: Joanna S. Smith, Esq. (via email *joanna.smith@jacksonlewis.com*)
    Felice B. Ekelman, Esq. (via email *ekelmanf@jacksonlewis.com*)
    Walker G. Harman, Jr. (via email)