USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/15/13

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
TYLER WALZ et al.,
                                      :
              Plaintiffs,                     12 Civ. 5800 (CM) (AJP)
                                      :
       -against-
                                      :       ORDER
44& X, et al.,
                                      :
              Defendants.
------------------------------------- x
```

**ANDREW J. PECK, United States Magistrate Judge:**

The parties are to file the settlement agreement and whatever papers are needed for Judge McMahon to approve the settlement by no later than June 7, 2013.

SO ORDERED.

Dated: New York, New York
May 15, 2013

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by ECF** to: All Counsel
Judge Colleen McMahon