UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYLER WALZ, STEPHEN STACY a/k/a STEVE STACY, FORREST BAYLESS, MARCUS CALDERON, DANNY MARR, *Each Individually and on behalf of all other persons similarly situated*,

        Plaintiffs,

v.

44 & X incorporated as 10TH AVENUE GROUP, INC., SCOTT HART, Individually, and BRUCE HOROWYTZ a/k/a BRUCE HOROWITZ, Individually,

        Defendants.

Case No.: 12 CV. 5800 (CM) (AJP)

**NOTICE, CONSENT, AND REFERENCE OF CIVIL ACTION TO MAGISTRATE JUDGE PECK**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have The Honorable Andrew J. Peck, United States Magistrate Judge conduct all settlement proceedings in this case including the entry of final judgment and review and to review and decide upon Defendants' Request for the Dismissal of Plaintiff Forrest Bayless.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| ALL PLAINTIFFS | [signature] | 6.5.13 |
| ALL DEFENDANTS | [signature] | 6/5/13 |

**Reference Order**

    IT IS ORDERED that this case be referred to The Honorable Andrew J. Peck, United States Magistrate Judge, to conduct all settlement proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: 6/6/2013

                                            *District Judge's signature*

                                            *Printed name and title*