UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TYLER WALZ, STEPHEN STACY a/k/a STEVE STACY,
FORREST BAYLESS, MARCUS CALDERON,
DANNY MARR, Each Individually And On Behalf Of All
Other Persons Similarly Situated,

       *Plaintiffs*,

   -against-

44&X incorporated as 10th AVENUE GROUP, INC.,
SCOTT HART Individually, and
BRUCE HOROWYTZ a/k/a BRUCE HOROWITZ,
Individually,

       *Defendants*.
------------------------------------------------------------------------X

12 CV 5800 (CM)(AJP)

NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PROPOSED NOTICE OF SETTLEMENT

   **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Approval of Proposed Notice of Settlement, the June 20, 2013 Declaration of Peter J. Andrews, the exhibits attached thereto, and all the pleadings and proceedings herein, Plaintiffs respectfully intend to move this Court, before the Honorable United States Magistrate Judge Andrew J. Peck, as soon as counsel can be heard for an order pursuant to the Plaintiffs' Memorandum of Law.

Dated: New York, New York
   June 20, 2013

Respectfully submitted by:
THE HARMAN FIRM, PC
*Counsel for Plaintiffs*

    _____s/_____
Peter J. Andrews [PA-3295]
200 West 57th Street, Suite 900
New York, New York 10019
(212) 425-2600
pandrews@theharmanfirm.com