JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANTS*
666 Third Avenue
New York, New York 10017-4030

ATTORNEYS OF RECORD:
    FELICE B. EKELMAN (FE 5692)
    JOANNA S. SMITH (JS 6471)

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

| | |
|---|---|
| TYLER WALZ, STEPHEN STACY a/k/a STEVE STACY, FORREST BAYLESS, MARCUS CALDERON, DANNY MARR, Each Individually And On Behalf Of All Other Persons Similarly Situated,<br><br>                              Plaintiffs,<br><br>       -against-<br><br>44 & X incorporated as 10th AVENUE GROUP, INC., SCOTT HART Individually, and BRUCE HOROWYTZ a/k/a BRUCE HOROWITZ, Individually,<br><br>                              Defendants. | Civ. No.: 12 CIV 5800 (CM)(AJP)<br><br>**NOTICE OF DEFENDANTS' MOTION TO ENFORCE THE SETTLEMENT AGREEMENT** |

------------------------------------------------------------x

**TO:**   Walker G. Harman, Jr., Esq.
        Peter J. Andrews, Esq.
        THE HARMAN FIRM, PC
        *Attorneys for Plaintiffs*
        200 West 57th Street, Suite 900
        New York, New York 10019

        **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and Declaration of Felice B. Ekelman, Esq., the undersigned will move this Court before the Honorable Andrew J. Peck at the United States District Court for the Southern District of New

York, Daniel Patrick Moynihan Courthouse, located at 500 Peal Street, New York, New York 10007-1312, at a date and time to be determined by the Court, for an Order (1) to enforce the Settlement Agreement; (2) granting Defendants their reasonable attorneys' fees and costs for having to file and pursue the instant motion; and, (3) for such other and further relief as the Court may deem just and proper.

                          Respectfully submitted,

                          JACKSON LEWIS LLP
                          666 Third Avenue
                          New York, New York 10017
                          Tel.: (212) 545-4000
                          Fax: (212) 972-3213

Dated: July 30, 2013        By:    S/ Felice B. Ekelman
       New York, New York            Felice B. Ekelman (FE 5692)
                                        Joanna S. Smith (JS 6471)

                          ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of July 2013, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

> WALKER G. HARMAN, JR.
> PETER J. ANDREWS
> THE HARMAN FIRM, PC
> *ATTORNEYS FOR PLAINTIFFS*
> 200 West 57th Street, Suite 900
> New York, New York 10019

 

                                                 S/ Joanna S. Smith
                                                 Joanna S. Smith, Esq.

4811-1930-8821, v. 1