USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/23/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYLER WALZ, STEPHEN STACY a/k/a STEVE STACY, FORREST BAYLESS, MARCUS CALDERON, DANNY MARR, Each Individually And On Behalf Of All Other Persons Similarly Situated,

    Plaintiffs,

-against-

44 & X incorporated as 10TH AVENUE GROUP, INC., SCOTT HART, Individually, and BRUCE HOROWYTZ a/k/a BRUCE HOROWITZ, Individually,

    Defendants.

12 CV 5800 (AJP)

STIPULATION RE: WITHDRAWAL OF CONSENTS OF STEPHEN RESSE SCELFO, JOHN GARRIE HOFFMAN, AND KAMERON ACKERMAN TO BECOME PARTY PLAINTIFFS;

ORDER APPROVING WITHDRAWAL

Plaintiffs Tyler Walz, Stephen Stacy (a/k/a Steve Stacy), Marcus Calderon, and Danny Marr (collectively, the "Plaintiffs") and Defendants 44&X incorporated as 10th Avenue Group, Inc., Scott Hart, and Bruce Horowytz (a/k/a Bruce Horowitz) (collectively, the "Defendants"), through their respective counsel, hereby stipulate as follows:

## STEPHEN RESSE SCELFO

WHEREAS, Stephen Resse Scelfo, a putative collective action member, received notice of this action, and signed a document entitled Consent To Be A Party Plaintiff ("Consent Form"), which was filed with the Court on February 22, 2013 (Docket Entry No. 64) thereby giving his consent to become a party plaintiff in this action;

WHEREAS, Mr. Scelfo did not work at or for the Defendants within the applicable three-year limit of the Fair Labor Standards Act (the "FLSA");

WHEREAS, Plaintiffs and Defendants agree to the withdrawal of Mr. Scelfo's Consent Form.

### JOHN GARRIE HOFFMAN

WHEREAS, John Garrie Hoffman, a putative collective action member, received notice of this action, and signed a document entitled Consent To Be A Party Plaintiff ("Consent Form"), which was filed with the Court on March 14, 2013 (Docket Entry No. 69) thereby giving his consent to become a party plaintiff in this action;

WHEREAS, Mr. Hoffman did not work at or for the Defendants within the applicable three-year limit of the Fair Labor Standards Act (the "FLSA");

WHEREAS, Plaintiffs and Defendants agree to the withdrawal of Mr. Hoffman's Consent Form.

### KAMERON ACKERMAN

WHEREAS, Kameron Ackerman, a putative collective action member, received notice of this action, and signed a document entitled Consent To Be A Party Plaintiff ("Consent Form"), which was filed with the Court on March 27, 2013 (Docket Entry No. 70) thereby giving his consent to become a party plaintiff in this action;

WHEREAS, Mr. Ackerman did not work at or for the Defendants within the applicable three-year limit of the Fair Labor Standards Act (the "FLSA");

WHEREAS, Plaintiffs and Defendants agree to the withdrawal of Mr. Ackerman's Consent Form.

NOW, THEREFORE, through their respective counsel, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1.  Messrs. Scelfo's, Hoffman's, and Ackerman's Consents to Join the FLSA Collective Action are hereby withdrawn;

2.  Messrs. Scelfo, Hoffman and Ackerman are no longer parties to this action;

3.  Messrs. Scelfo's, Hoffman's, and Ackerman's rights, if any, shall be determined as though they never signed the Consent Forms.

DATED:   August 22, 2013          By: *[signature]*
                                  Walker G. Harman, Jr.
                                  Peter J. Andrews
                                  THE HARMAN FIRM, P.C.
                                  *Attorneys for Plaintiffs*
                                  200 West 57th Street, Suite 900
                                  New York, New York 10019
                                  (212) 425-2600

DATED:   August 22, 2013          By: *[signature]*
                                  Felice B. Ekelman
                                  Joanna S. Smith
                                  JACKSON LEWIS LLP
                                  *Attorneys for Defendants*
                                  666 Third Avenue
                                  New York, New York 10017
                                  (212) 545-4000

3

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. Stephen Resse Scelfo's, John Garrie Hoffman's, and Kameron Ackerman's Consents to Join the FLSA Collective Action are hereby withdrawn;

2. Messrs. Scelfo, Hoffman, and Ackerman are no longer parties to this action.

3. Messrs. Scelfo's, Hoffman's, and Ackerman's rights, if any, shall be determined as though the never signed the Consent Forms.

It is so ORDERED this __23__ day of August 2013

Hon. Andrew J. Peck
United States Magistrate Judge

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

BY ECF

1